IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENNIS O'NEAL PERRY,

    Plaintiff,

v.

SANTA ROSA POLICE DEP'T, et al.,

    Defendants.

No. C 14-4039 MEJ (PR)

**ORDER OF DISMISSAL**

On September 5, 2014, plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On December 2, 2014, the Court dismissed the complaint with leave to amend, explaining the deficiencies in the complaint that needed to be cured. The Court directed plaintiff to file an amended complaint within thirty days. Plaintiff was cautioned that his failure to do so would result in the dismissal of this action. More than thirty days have passed, and plaintiff has not filed an amended complaint or otherwise communicated with the Court.

Accordingly, the instant action is DISMISSED without prejudice. The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: January 20, 2015

Maria-Elena James
United States Magistrate Judge