UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENNIS O'NEAL PERRY,

  Plaintiff,

 v.

SANTA ROSA POLICE DEP'T, et al.,

  Defendants.

_____/

No. C 14-4039 MEJ (PR)

**JUDGMENT**

  As set forth in the Order of Dismissal, this action is DISMISSED WITHOUT PREJUDICE.

  IT IS SO ORDERED AND ADJUDGED.

DATED: January 20, 2015

Maria-Elena James
United States Magistrate Judge